# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTTHEIRN DISTRICT OF ILLIONIS, EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| STEVEN A. GRAUNKE ) | |
| ) | NO. 15 B 04032 |
| ) | |
| Debtor. ) | |
| ) | Chapter 13 |
| ) | |
| ) | |
| ) | Honorable Judge Jack B. Schmetterer |

## NOTICE OF MOTION

TO:  Tom Vaughn, Chapter 13 Trustee (electronically via ECF)
     All Parties Listed on the Attached Service List (via U.S. Mail)

PLEASE TAKE NOTICE that on September 16, 2015 at 9:30 a.m., the undersigned will appear before the Honorable Judge Jack B. Schmetterer at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 682, 219 South Dearborn Street, Chicago, IL 60604 and will then and there present the attached **Motion to Modify Chapter 13 Plan** at which time you may appear if you so choose.

### Certificate of Service

I, Charles L. Magerski, hereby certify that I caused a copy of this notice to be served, electronically via ECF to Tom Vaughn (Chapter 13 Trustee) and via U.S. Mail to all parties listed on the attached service list, and attached Motion upon the parties on August 25, 2015 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:   /S/ CHARLES L. MAGERSKI
      SULAIMAN LAW GROUP, LTD.
      COUNSEL FOR DEBTOR(S)
      900 JORIE BOULEVARD, SUITE 150
      OAK BROOK, IL 60523
      PHONE: (630) 575-8181
      FAX: (630) 575-8188
      ATTORNEY NO: 6297092

**Arrowood Indemnity**
3600 Arco Corporate Drive #600
Charlotte, NC 28273

**Arrowood Indemnity**
3600 Arco Corporate Drive
PO Box 1000
Charlotte, NC 28201

**Blatt Hasenmiller F L**
125 S. Wacker Drive #400
Chicago, IL 60606

**Blatt, Hasenmiller, Leibsker and Moore,**
10 South LaSalle Street
Suite 2200
Chicago, IL 60603

**Candyce Graunke**
8701 44th Place
Lyons, IL 60534

**Capital One Bank**
Po Box 6497
Sioux Falls, SD 57117

**Capital One Bank**
Attn: General Correspondence
Po Box 30285
Salt Lake City, UT 84130

**Capital One, N.A. ***
c/o American Infosource
P.O Box 54529
Oklahoma City, OK 73154

**Cavalry Portfolio Services**
500 Summit Lake Drive
Valhalla, NY 10595

**Cavalry SPV I, LLC**
500 Summit Lake Drive Suite 400
Valhalla, NY 10595

**Citibank N A**
701 E. 60th Street North
Sioux Falls, SD 57104

**Comcast**
2001 York Road
Oak Brook, IL 60523

**Convergent Outsourcing, INC**
Po Box 9004
Renton, WA 98057

**Department Of Education**
121 S 13th Street
Lincoln, NE 68508

**Department of Education**
FedLoan Servicing
PO Box 530210
Atlanta, GA 30353

**Department of Education**
121 S. 13th Street
Lincoln, NE 68508

700 Commerce #500
Oak Brook, IL 60523

**Macy's**
9111 Duke Boulevard
Mason, OH 45040

**Mcsi Inc**
Po Box 327
Palos Heights, IL 60463

**Student Loan Corp**
Po Box 30948
Salt Lake City, UT 84130

**The Bureaus Inc.**
Attention: Bankruptcy Department
1717 Central St.
Evanston, IL 60201

**US Department of Education**
400 Maryland Avenue, SW
Washington, DC 20202

**US Department of Education**
Potomac Center Plaza (PCP)
550 12th Street, SW
Washington, DC 20202

**US Department of Education**
Capitol Place
555 New Jersey Ave, NW
Washington, DC 20208

**US Department of Education**
PO Box 16448
Saint Paul, MN 55116

**Village of Lyons**
4200 Lawndale Avenue
Suite 1
Lyons, IL 60534

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTTHEIRN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| STEVEN A. GRAUNKE | ) | NO. 15 B 04032 |
| | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| Debtors. | ) | |
| | ) | |
| | ) | HON. JACK B. SCHMETTERER |
| | ) | |

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN AND DEFER THE DEFAULT**
_____

**NOW COMES**, STEVEN A. GRAUNKE ("Debtor"), by and through his attorneys, Sulaiman Law Group, LTD., and pursuant to 11 U.S.C. §1329 bringing this Motion to Modify Chapter 13 Plan, and in support of their motion state as follows:

1. The instant bankruptcy proceeding was filed under Chapter 13 of the Bankruptcy Code on February 6, 2015.

2. This Honorable Court confirmed the Debtor's Modified Plan ("Confirmed Plan") on August 15, 2015.

3. Debtor's Confirmed Plan required the Debtors to make plan payments to the Chapter 13 Trustee in the amount of $150.00 per month for 60 months.

4. Debtor's Confirmed Plan is paying 7% to the general unsecured creditors.

5. Since Debtor's Plan was confirmed, the Debtor's plan is now calculating 7% over 83 months.

6. The Debtor still has 53 months left in his Chapter 13 plan and is in a position to increase his monthly payment to complete the plan within 60 months.

7. Specifically, the Debtor will complete his plan if his payment increases $65.00/month (65.00/53 months) to $215.00.

8. Debtor respectfully request this Honorable Court to Modify the Debtor's Confirmed Plan by increasing his monthly payment from $150.00 to $215.00 per month in order to complete the plan in 60 months.

9. The modification of the plan will permit the Plan to terminate on its original schedule of 60 months.

10. Modification of the plan will not prejudice the unsecured creditors, as they will receive the same dividend as contemplated by the Confirmed Plan.

**WHEREFORE**, the Debtor prays this Honorable Court for the following relief:

A. Increasing his plan payment from $150.00 to $215.00, starting in October of 2015;
B. For such other and further relief this Court deems just and proper.

Dated: August 25, 2015                                  Respectfully Submitted,

/s/ Charles L. Magerski
Charles L. Magerski, Esq. #6297092
Counsel for Debtors
Sulaiman Law Group, LTD
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181