UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   15-04032 |
| STEVEN A. GRAUNKE | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS CAUSE, coming to be heard on Debtor's Motion to Modify Plan, the Court having jurisdiction over the subject matter and due notice having been given, IT IS HEREBY ORDERED:

1. Debtor's monthly Plan payment to the Chapter 13 Trustee, starting in October 2015, is increased from $150.00 to $215.00, thus permitting the Debtor to complete his Chapter 13 Plan in 60 months.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  September 16, 2015

**Prepared by:**

Charles L. Magerski, ARDC #6297092
Counsel for Debtors
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181